IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:08-CV-02141-RPM

CHRISTINA K. THORNBURGH,

Plaintiff,

Vs.

DEVRY UNIVERSITY, INC., d/b/a KELLER GRADUATE SCHOOL OF MANAGEMENT, an Illinois corporation,

Defendant.

---

ORDER GRANTING STIPULATED MOTION TO MODIFY ORDER SETTING SCHEDULING CONFERENCE

---

Upon consideration of the Stipulated Motion to Modify Order Setting Scheduling Conference [5] it is

ORDERED the parties have until January 8, 2009, to hold their Rule 26(f) conference. All other terms of the November 28, 2008, Order shall remain in effect.

Dated: January 6th, 2009

                BY THE COURT:

                s/Richard P. Matsch

                Richard P. Matsch, Senior District Judge