IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 08-cv-02141-RPM

CHRISTINA K. THORNBURGH,

    Plaintiff,

v.

DEVRY UNIVERSITY, INC., d/b/a
KELLER GRADUATE SCHOOL OF MANAGEMENT,

    Defendant.

---

ORDER FOR DISMISSAL

---

Pursuant to the Stipulated Dismissal with Prejudice [12] filed on June 1, 2009, it is

ORDERED that this case is dismissed with prejudice.

Dated:   June 1st, 2009

                        BY THE COURT:

                        s/Richard P. Matsch

                        Richard P. Matsch, Senior District Judge